**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

AIDRUS M.M.,

                                                    Civ. No. 26-2086 (JRT/DTS)

                    Petitioner,

v.

                                              **ORDER ADOPTING REPORT AND**
SHERBURNE COUNTY JAIL and           **RECOMMENDATION AND DENYING**
                                       **PETITION FOR WRIT OF HABEAS CORPUS**
UNITED STATES OF AMERICA,

                    Respondents.

---

Aidrus M.M., A077473511, Sherburne County Jail, 13880 Business Center Drive, Northwest, Elk River, MN 55330, *pro se* Petitioner.

David W. Fuller, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Minneapolis, MN 55415, for Respondent Sherburne County Jail.

David R. Hackworthy, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Minneapolis, MN 55415, for Respondent United States of America.

On March 30, 2026, Petitioner Aidrus M.M. filed a Petition for Writ of Habeas Corpus. (Docket No. 1.) On July 7, 2026, Magistrate Judge David T. Schultz issued a Report and Recommendation (R&R) recommending that the Court deny the petition as moot. (Docket No. 14.) Having received no timely objections to the R&R, the Court will adopt the R&R in full, deny the petition, and dismiss this matter without prejudice.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

-2-

1.  The Report and Recommendation (Docket No. [14]) is **ADOPTED in full**.

2.  Petitioner Aidrus M.M.'s Petition for Writ of Habeas Corpus (Docket No. [1]) is

    **DENIED as moot**.

3.  This matter is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.


DATED:  August 3, 2026
at Minneapolis, Minnesota.

                                        JOHN R. TUNHEIM
                                        United States District Judge